**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISMAIL MORA, | No.  2:23-CV-0155-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| CHRISTOPHER DESIMONE, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' motion, ECF No. 27, to opt out of participation in the Court's early alternative dispute resolution (ADR) program.  Good cause appearing therefor, Defendants' motion is granted.  The ADR stay of proceedings is lifted.  The Court will issue a schedule for this case by separate order.

IT IS SO ORDERED.

Dated:  June 23, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1