IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAIL MORA, | No. 2:23-CV-0155-DJC-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CHRISTOPHER DESIMONE, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 25, for reconsideration of the Magistrate Judge's March 28, 2023, order.

Pursuant to Eastern District of California Local Rule 303(f), a Magistrate Judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law. The March 28, 2023, order is, therefore, affirmed.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for reconsideration, ECF No. 25, is denied;

2. The Magistrate Judge's March 28, 2023, order is affirmed; and

3. No further motions for reconsideration of this order will be considered.

IT IS SO ORDERED.

Dated:   **July 21, 2023**

/s/ Daniel J. Calabretta
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE