IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ISMAIL MORA, | No. 2:23-CV-0155-DJC-DMC-P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| CHRISTOPHER DESIMONE, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 9, 2023, and February 20, 2024, the Magistrate Judge filed separate findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed February 9, 2023, ECF No. 13, and February 20, 2024, ECF No. 40, are both adopted in full.

2. The State of California is DISMISSED as a defendant to this action.

3. Defendant Overby's motion for judgment on the pleadings, ECF No. 30, is GRANTED.

4. Defendant Overby is DISMISSED as a defendant to this action.

5. The matter is referred back to the Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated: __**March 15, 2024**__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE