IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAIL MORA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER DESIMONE, et al.,<br><br>　　　　Defendants. | No. 2:23-CV-0155-DJC-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are: (1) Plaintiff's motion for discovery, ECF No. 33; and (2) Plaintiff's motion for subpoenas, ECF No. 36. Defendants have filed oppositions to both motions. See ECF Nos. 34 and 37.

　　　　In his motion for discovery, Plaintiff seeks a court order permitting Plaintiff to take the depositions of and obtain affidavits from non-party witnesses. See ECF No. 33. In his motion for subpoenas, Plaintiff seeks an order directing non-party witnesses to provide "signed testimony." See ECF No. 36.

　　　　As Defendants correctly note, the Federal Rules of Civil Procedure do not authorize the Court to compel non-parties to provide affidavits. See Lopez v. Horel, 2007 U.S. Dist. LEXIS 56903, at *6-7 (N.D. Cal. July 27, 2007). Additionally, Plaintiff does not require leave of court to take depositions consistent with Federal Rule of Civil Procedure 30 or to serve

non-party witnesses with subpoenas under Federal Rule of Civil Procedure 45.  For these reasons, Plaintiff's motions will be denied.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motions for discovery and subpoenas, ECF Nos. 33 and 36, are DENIED.

2. Discovery in this case is closed.

3. Plaintiff may file an opposition to Defendants' pending motion for summary judgment within 30 days of the date of this order.

Dated:  June 17, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE